# EXHIBIT "4"

## Warrant

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>Funds up to $400,000 in J.P. Morgan Chase account number 465638018, such account held in the name of Aeronautical Title and Escrow Service LLC held for the sale of Canadian Air LTD CL-600-2A12, Serial number 3066, Tail number N105UP | Case No. M-21- 446 -AMG |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ Western _____ District of _____ Oklahoma _____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

Funds up to $400,000 in J.P. Morgan Chase account number 465638018, such account held in the name of Aeronautical Title and Escrow Service LLC held for the sale of Canadian Air LTD CL-600-2A12, Serial number 3066, Tail number N105UP.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

YOU ARE COMMANDED to execute this warrant and seize the property on or before  *August 10, 2021*
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
_____ Amanda Maxfield Green _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: *July 27, 2021 @ 11:48 a.m.  Amanda Maxfield Green*
                                                           Judge's signature

City and state:   Oklahoma City, OK          AMANDA MAXFIELD GREEN, U.S. Magistrate Judge
                                                          *Printed name and title*